UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00062-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>Vs. )<br>)<br>JAYMES MEYER, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on defendant's Supplemental Medical Reports in Support of Defendant's Motion to Stay Self-Surrender to the Bureau of Prisons (#49) and the government's Response (#50). The Court has also read the March 28 email sent by defense counsel to Probation and Probation's response. The Court has also made inquiry of the Bureau of Prisons through the United States Probation Office and it appears that defendant has been designated to the Federal Medical Center at Butner, North Carolina. Further, the Court has specifically inquired as to whether the Bureau of Prisons can accommodate the specific medical needs identified in defendant's medical records. The Court has been assured that the Bureau of Prisons can accommodate defendant's medical needs at FMC Butner.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent defendant seeks a further extension of his reporting date in his Supplemental Medical Reports in Support of Defendant's Motion to Stay Self-Surrender to the Bureau of Prisons (#49), that request is **DENIED** and defendant is instructed to report to FMC Butner as directed by the United States Marshal.

The Clerk of Court is instructed to send a copy of this Order to USPO Debnam and the USMS.

Signed: March 28, 2017



Max O. Cogburn Jr.
United States District Judge